## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| RODNEY NEILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 5:13-CV-04136-JTM-KMH |
| vs. ) | |
| ) | |
| KMART CORPORATION, ET AL. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

COMES NOW defendant Kmart Corporation, by and through its attorneys of record, BAKER STERCHI COWDEN & RICE, L.L.C. of Overland Park, Kansas, and state that the following were submitted to plaintiff Rodney Neill in accordance with Federal Rules of Civil Procedure:

- **DEFENDANT KMART CORPORATION'S RULE 26(a)(1) DISCLOSURES**

Respectfully Submitted,

BAKER STERCHI COWDEN & RICE, L.L.C.

  /s/ Shawn M. Rogers
Shawn M. Rogers     KS Bar No. 18888
Bryan E. Mouber     KS Bar No. 19710
9393 West 110th Street, Suite 500
Overland Park, Kansas  66210
Tel:  (913) 451-6752
Fax: (816) 472-0288
rogers@bscr-law.com
mouber@bscr-law.com
***ATTORNEYS FOR DEFENDANT
KMART CORPORATION***

## CERTIFICATE OF SERVICE

  I hereby certify that on this 6th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic notification to the following attorneys of record:

LJ Leatherman
Palmer, Leatherman, White & Girard, L.L.P.
2348 SW Topeka Boulevard
Topeka, KS  66611-1286
ljlaw@jpalmerlaw.com
*ATTORNEY FOR PLAINTIFF*

James C. Morrow
Drew Goodwin
Morrow Willnauer Klosterman Church LLC
Executive Hills East, Bldg. A
10401 Holmes, Suite 300
Kansas City, MO  64131
jmorrow@mwklaw.com
dgoodwin@mwklaw.com
*ATTORNEYS FOR DEFENDANTS*
*X-MAX, INC., FLEX SPORTS, INC., and*
*HUPA INTERNATIONAL, INC.*

                s/  Shawn M. Rogers